# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

NASTASSYA S. PIPER

_____/

**SEALED INDICTMENT**

3:21-cr-0021-TKW

**THE GRAND JURY CHARGES:**

## COUNT ONE

Between on or about August 6, 2019, and on or about December 3, 2020, in the Northern District of Florida, the defendant,

**NASTASSYA S. PIPER,**

did knowingly open, lease, rent, use, and maintain a place on Florelle Way, in Pensacola, Florida, for the purpose of manufacturing, distributing and using a controlled substance, and this offense involved methamphetamine, cocaine, and marijuana.

In violation of Title 21, United States Code, Sections 856(a)(1) and 856(b), and Title 18, United States Code, Section 2.

## COUNT TWO

Between on or about August 6, 2019, and on or about December 3, 2020, in the Northern District of Florida, the defendant,

Returned in open court pursuant to Rule 6(f)

Date: 4/20/2021

United States Magistrate Judge

**NASTASSYA S. PIPER,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons to distribute and possess with intent to distribute a controlled substance, and this offense involved 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, cocaine, and marijuana, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii), 841(b)(1)(C), and 841(b)(1)(D).

All in violation of Title 21, United States Code, Section 846.

## COUNT THREE

On or about December 3, 2020, in the Northern District of Florida, the defendant,

**NASTASSYA S. PIPER,**

did knowingly and intentionally possess with intent to distribute a controlled substance, and this offense involved 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, cocaine, and marijuana.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii), 841(b)(1)(C), 841(b)(1)(D), and Title 18, United States Code, Section 2.

## COUNT FOUR

On or about December 3, 2020, in the Northern District of Florida, the defendant,

**NASTASSYA S. PIPER,**

in furtherance of a drug trafficking crime for which she may be prosecuted in a court of the United States, that is, maintaining a place for the purpose of manufacturing, distributing and using a controlled substance, conspiracy to possess with intent to distribute a controlled substance, and possession with intent to distribute a controlled substance, as charged in Counts One, Two, and Three of this Indictment, did knowingly aid and abet the possession a firearm.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

## CONTROLLED SUBSTANCE FORFEITURE

The allegations contained in Counts One, Two, and Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

From her engagement in the violations alleged in Counts One, Two, and Three, punishable by imprisonment for more than one year, the defendant,

**NASTASSYA S. PIPER,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), all of her interest in:

A.  Property constituting or derived from any proceeds the defendant obtained directly or indirectly as the result of such violations.

B.  Property used in any manner or part to commit or to facilitate the commission of such violations.

If any of the property subject to forfeiture as a result of any act or omission of the defendant:

    i.  cannot be located upon the exercise of due diligence;

    ii. has been transferred or sold to, or deposited with, a third person;

    iii. has been placed beyond the jurisdiction of this Court;

    iv. has been substantially diminished in value; or

    v.  has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

## FIREARM FORFEITURE

The allegations contained in Count Four of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

**NASTASSYA S. PIPER,**

4

in committing and attempting to commit a felony in violation of the laws of the United States, as charged in Count Four of this Indictment, perpetrated in whole or in part by the use of firearms and ammunition, did knowingly possess the firearms and ammunition, any and all interest that this defendant has in the firearms and ammunition involved in this violation is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 3665.

A TRUE BILL:

███████████████

FOREPERSON

4/20/21
DATE

JASON R. COODY
Acting United States Attorney

DAVID L. GOLDBERG
Assistant United States Attorney

KAITLIN WEISS
Assistant United States Attorney

5