# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.   Case Number 3:21cr21/TKW

NASTASSYA S. PIPER
_____/

## FACTUAL BASIS FOR GUILTY PLEA

The Defendant admits that if this case were to proceed to trial, the government could prove the following facts.

The Escambia County Sheriff's Office (ECSO) and the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) were investigating multiple gang related firearm and drug offenses in 2020. ECSO and ATF learned of a residence wherein persons were congregating that furthered their drug trafficking offenses. This residence was leased by Defendant Nastassya Piper. ECSO and ATF began to focus on the residence as a potential target for an operational event. Rental records confirmed that Piper was the leasee who was in control of the residence.

FILED IN OPEN COURT THIS
June 14, 2021 /s/ Feigney
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF FL

On December 3, 2020, ECSO and ATF executed a lawful search warrant at the residence – XXXX Florelle Way, Pensacola, Florida. Seventeen people were present, including Piper. Law enforcement located drugs, United States currency, and firearms strewn all throughout the residence. See below images relating to the nature of the evidence seized:













4







5









In all, law enforcement seized (a) over $20,000 in United States currency, (b) ten firearms, (c) approximately 400 grams of cocaine, (d) approximately 1,500 grams of marijuana, (e) methamphetamine, and (f) multiple cellular telephones. Law enforcement also seized receipts related to Piper making rental payments on the residence.

In an undercover capacity, law enforcement was also able to capture some of what Piper was posting on a social media account prior to the instant search warrant

7

execution. Utilizing the username "CCC_Swayella," which is a combination of a gang affiliation and her middle name ("Caine, Cash, Cups_Swayell"), she posted the below, in video format, in November 2020:





Moreover, after the residential search warrant execution, law enforcement

obtained a secondary search warrant for seized cellular telephones – to include Piper's cellular telephone. A forensic extraction of her telephone revealed multiple text messages wherein Piper was arranging for the distribution of controlled substances. See samples below (Piper's communications are in green and one can see she sends an image of a large amount of marijuana, referred to as "Gorilla Glue," which is a particular strain of marijuana, and she even directs a potential customer to the residence of import – "Florelle"):



9



In sum, Piper was operating the premises that housed a drug trafficking operation. Therein, she worked with others to store and distribute cocaine and marijuana, which were under armed protection at times. Piper admits she knowingly utilized the residence in order to distribute marijuana, and she knowingly allowed others to do the same with cocaine and methamphetamine while possessing firearms. The indictment is incorporated herein as true and correct.

10

## Elements of the Offenses

Count One:

(1) The defendant knowingly;
(2) Operated or maintained a place;
(3) For the purpose of manufacturing, distributing, or using any controlled substance.

Count Two:

(1) Two or more people in some way agreed to try to accomplish a shared and unlawful plan to possess cocaine and marijuana;
(2) the defendant knew the unlawful purpose of the plan and willfully joined in it; and
(3) the object of the unlawful plan was to possess with the intent to distribute cocaine and marijuana.

Count Four:

(1) the defendant committed the drug-trafficking crimes charged in Counts One and Two of the Indictment; and
(2) the defendant knowingly aided and abetted the possession by others of a firearm in furtherance of that crime, as charged in the Indictment.

_____
ROBERT A. MORRIS
Attorney for Defendant
Florida Bar No. 0144680
911 East Park Avenue
Tallahassee, Florida 32301
(850) 792-1111

6/14/21
_____
Date

_____
NASTASSYA S. PIPER
Defendant

6/14/21
_____
Date

JASON R. COODY
Acting United States Attorney

_____
DAVID L. GOLDBERG
Assistant United States Attorney
Northern District of Florida
Member of the Maryland Bar
21 East Garden Street, Suite 400
Pensacola, Florida 32502
(850) 444-4000

6/14/21
_____
Date

/s/ DG
_____
KAITLIN WEISS
Assistant United States Attorney
Northern District of Florida
Florida Bar No. 106130
111 North Adams Street, 4th Floor
Tallahassee, Florida 32301
(850) 942-8430

6/14/21
_____
Date

12